UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NEW ORLEANS & GULF COAST RAILWAY COMPANY<br>Plaintiff | * * * * | CIVIL ACTION NO.<br><br>2:15-cv-01307 |
| Versus | * * | SECTION "I" |
| AMERICAN MIDSTREAM (LOUISIANA INTRASTATE), L.L.C.<br>Defendant | * * * * | Judge Lance M. Africk<br><br>Magistrate Judge Karen W. Roby |

**************************************

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

_____

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff New Orleans & Gulf Coast Railway Company and their attorneys, hereby give notice that the above captioned action is voluntarily dismissed **without prejudice** against the defendant American Midstream (Louisiana Intrastate), L.L.C.  Upon information and belief, the defendant American Midstream (Louisiana Intrastate), L.L.C. is a wholly owned subsidiary of American Midstream Partners, LP.  American Midstream Partners, LP is a publicly traded partnership.  As the apparent current jurisprudence appears to require that the citizenship of each and every person and corporate shareholder of the publicly traded American Midstream Partners, LP is to be considered to determine whether there exists a complete diversity of citizenship between the plaintiff and the defendant, and

as the United States Supreme Court has not directly addressed the issue of the citizenship of a publicly traded partnership for purposes of diversity jurisdiction, a real question arises as to this federal district court's jurisdiction over this cause of action pursuant to 28 U.S.C. Sec. 1332.

The defendant has not served an answer or a motion for summary judgment upon the plaintiff.

As such, the plaintiff gives notice of its dismissal **without prejudice** of this complaint, and the plaintiff states its intent to file a petition in the Louisiana state courts asserting its claims and causes of action.

Respectfully submitted,

/s/ Adrian F. LaPeyronnie, III

_____
David Greenberg, LSBN 6303 (Trial Attorney)
Adrian F. LaPeyronnie, III, LSBN 14118
GREENBERG & LAPEYRONNIE, L.L.C.
848 Second St, Ste 200
Gretna, Louisiana 70053
Telephone:   504-366-8118
Facsimile:   504-368-9711
dgreenberg@GLNolaLaw.com
alapeyronnie@GLNolaLaw.com

Attorneys for New Orleans & Gulf Coast Railway Company, Plaintiff